1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

**ROBERT THOMAS, III,**                          CIV S-06-1033 FCD GGH P

10
                                      Petitioner,   **ORDER EXTENDING TIME**
11                                                  **WITHIN WHICH TO FILE**
           **v.**                                   **RESPONSE TO ORDER**
12
**T. FELKNER,**
13
                                      Respondent.
14
        IT IS HEREBY ORDERED that the time within which respondent is to answer the Order
15

16   of June 23, 2006, and provide the relevant state court record, will be extended to September 21,

17   2006.  Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer.

18        Dated: 8/15/06

19

20                        /s/ Gregory G. Hollows

21                        _____
                          GREGORY G. HOLLOWS
                          United States Magistrate Judge
22
     thom1033.po
23

24

25

26

27

28

                                      1